AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

-------DISTRICT OF-------
MASSACHUSETTS

TRUSTEES OF THE PLUMBERS &
PIPEFITTERS' NATIONAL PENSION FUND;
TRUSTEES OF THE PLUMBERS &
PIPEFITTERS' INTERNATIONAL TRAINING
FUND; TRUSTEES OF THE PLUMBERS AND
PIPEFITTERS' LOCAL UNION NO. 4 HEALTH
&WELFARE FUND; PENSION FUND;
ANNUITY FUND; JOINT APPRENTICE
TRAINING FUND; INDUSTRY FUND;
BUILDING & RELIEF FUND and PLUMBERS
AND PIPEFITTERS UNION LOCAL NO. 4
V.

**SUMMONS IN A CIVIL CASE**

UNIVERSALL MECHANICAL, INC. and
ROBERT HUNT

CASE NUMBER:

**04-40177 FDS**

TO: (Name and address of defendant)

Robert Hunt
Business Address: 37 Lake Street, Webster, MA 01570
Residence: 18 Oxford Avenue, Dudley, MA 01571

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. Brown, Esq.
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4203

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                          9/2/04
_____                 _____
CLERK                                     DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

[illegible handwritten/typed certification of service describing service made upon BERRY HUNT at OXFORD AVE, DUDLEY, MA, with fees for Service, Travel, Conveyance, Attest, Postage and handling]

Deputy Sheriff Paul R. Alustrom

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                          Signature of Server

                                            _____
                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedu