AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court



----------------------------------------DISTRICT OF------------------------------------------

## MASSACHUSETTS

TRUSTEES OF THE PLUMBERS &
PIPEFITTERS' NATIONAL PENSION FUND;
TRUSTEES OF THE PLUMBERS &
PIPEFITTERS' INTERNATIONAL TRAINING
FUND; TRUSTEES OF THE PLUMBERS AND
PIPEFITTERS' LOCAL UNION NO. 4 HEALTH
&WELFARE FUND; PENSION FUND;
ANNUITY FUND; JOINT APPRENTICE
TRAINING FUND; INDUSTRY FUND;
BUILDING & RELIEF FUND and PLUMBERS
AND PIPEFITTERS UNION LOCAL NO. 4

**SUMMONS IN A CIVIL CASE**

V.

UNIVERSALL MECHANICAL, INC. and
ROBERT HUNT

CASE NUMBER:

# 04-40177FDS

TO: (Name and address of defendant)

Universall Mechanical, Inc.
*c/o Its President:*
Robert Hunt
Business Address: 37 Lake Street, Webster, MA 01570
Residence: 18 Oxford Avenue, Dudley, MA 01571

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. Brown, Esq.
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4203

an answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

**TONY ANASTAS**

_____
CLERK

9/2/04
_____
DATE

_____
(BY) DEPUTY CLERK

pA

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

☐ Other *(specify)*:_____

_____

_____

_____
*Deputy Sheriff*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                     Date        Signature of Server

                                           _____
                                           Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure