UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

TRUSTEES OF THE PLUMBERS & PIPEFITTERS' NATIONAL PENSION FUND; TRUSTEES OF THE PLUMBERS & PIPEFITTERS' INTERNATIONAL TRAINING FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS' LOCAL UNION NO. 4 HEALTH &WELFARE FUND; PENSION FUND; ANNUITY FUND; JOINT APPRENTICE TRAINING FUND; INDUSTRY FUND; BUILDING & RELIEF FUND and PLUMBERS AND PIPEFITTERS UNION LOCAL NO. 4

*Plaintiffs*

VS.

UNIVERSALL MECHANICAL, INC. and
ROBERT HUNT

*Defendants*

Civil Action No.
04-40177-FDS

October 22, 2004

---

## MOTION FOR DEFAULT FOR FAILURE TO PLEAD

The Plaintiffs in the above-captioned action hereby represent that the time limit for responding to their Complaint has passed and that the Defendants, Universall Mechanical, Inc. and Robert Hunt, have failed to respond to the Plaintiffs' Complaint as required by Rule 12(a) of the Federal Rules of Civil Procedure.

WHEREFORE, the Plaintiffs, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, respectfully move this Court to enter default against said Defendant for failure to plead.

THE PLAINTIFFS,

By: *(signature)*

John M. Brown, Esq.
ROBERT M. CHEVERIE
 & ASSOCIATES, P.C.
333 East River Drive Suite 101
East Hartford, CT 06108
Tele. No.: (860) 290-9610
BBO # 651103
THEIR ATTORNEY

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Default for Failure to Plead has been mailed, first-class and postage prepaid, this 22nd day of October 2004 to the following:

Universall Mechanical, Inc.
*c/o Its President:*
Robert Hunt
37 Lake Street
Webster, MA  01570

and

Robert Hunt
18 Oxford Avenue
Dudley, MA  01571

JOHN M. BROWN

JMB.LOCAL 4.UNIVERSALL MECHANICAL, INC.
Motion for Default for Failure to Reply.10.22.04

3