UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS' & PIPEFITTERS' NATIONAL PENSION FUND, et als.<br>    Plaintiff<br><br>v.<br><br>UNIVERSALL MECHANICAL, INC. and ROBERT HUNT,<br>    Defendants | )<br>)<br>)<br>)<br>)  SUGGESTION OF BANKRUPTCY<br>)<br>)<br>)<br>)<br>) |

  Now comes UniversAll Mechanical, Inc., defendant in the above-entitled matter, through its bankruptcy counsel, and states that it has filed for bankruptcy protection under Title 11, of the United States Code, in the following styled matter: <u>In re: UniversAll Mechanical, Inc.</u>, Chapter 7, Case No. 04-45965-JBR. The afore-referenced Chapter 7 bankruptcy proceeding was commenced by the filing of a voluntary petition on October 22, 2004. This filing is for informational purposes only, and does not constitute a Notice of Appearance by the undersigned.

          UNIVERSALL MECHANICAL, INC.
          By its bankruptcy counsel,


          David E. Silverman
          **SILVERMAN & ESPOSITO**
          264 Main Street
          P.O. Box 245
          Oxford, Massachusetts 01540
          (508) 987-0227
          BBO # 548551

CERTIFICATE OF SERVICE

I, David E. Silverman, Esq., certify that, on this 29th day of October, 2004, I served a Suggestion of Bankruptcy on plaintiffs by causing a copy of same to be mailed by first class postage prepaid mail to plaintiff's counsel of record, as follows:

John M. Brown, Esquire
Robert M. Cheverie & Associates, P.C.
Commerce Center One
333 East River Drive, Suite #101
East Hartford, Connecticut 06108-4203

David E. Silverman