UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Trustees of the Plumbers & Pipefitters'
National Pension Fund; et al.,**
   **Plaintiff(s)**

              CIVIL ACTION
              NO.04- 40177-FDS

   **V.**

**Robert Hunt,**
   **Defendant,**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Trustees of the Plumbers & Pipefitters' National Pension Fund, et al., for an order of default for failure of the Defendant, Robert Hunt, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 23th day of November 2004.

              TONY ANASTAS, CLERK

              By:  /s/ Martin Castles
              **Deputy Clerk**

**Notice mailed to: all counsel/parties**
(default.not - 10/96)                               [ntcdflt.]