# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS & PIPEFITTERS' NATIONAL PENSION FUND; TRUSTEES OF THE PLUMBERS & PIPEFITTERS' INTERNATIONAL TRAINING FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS' LOCAL UNION NO. 4 HEALTH &WELFARE FUND; PENSION FUND; ANNUITY FUND; JOINT APPRENTICE TRAINING FUND; INDUSTRY FUND; BUILDING & RELIEF FUND and PLUMBERS AND PIPEFITTERS UNION LOCAL NO. 4<br><br>*Plaintiffs*<br><br>VS.<br><br>UNIVERSALL MECHANICAL, INC. and ROBERT HUNT<br><br>*Defendants* | Civil Action No. 04-40177-FDS<br><br><br><br><br><br><br><br><br><br>December 1, 2004 |

## NOTICE OF WITHDRAWAL OF COMPLAINT

Pursuant to F.R.C.P. Rule 41(a), the Plaintiff Funds Trustees hereby withdraw the instant Complaint, without prejudice, as the Defendants have paid or otherwise resolved the delinquent contributions at issue in the Complaint. Additionally, Defendants have not filed an Answer or any responsive pleadings to the Complaint and, therefore, voluntary dismissal pursuant to F.R.C.P. 41(a) is appropriate.

Respectfully submitted,

John M. Brown, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108
(860) 290-9610
BBO# 651103

_____
Attorney for Plaintiffs

## CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Withdrawal of Complaint has been mailed, first-class and postage prepaid, this 1st day of December 2004 to the following:

UniversAll Mechanical, Inc.
*c/o Its President:*
Robert Hunt
37 Lake Street
Webster, MA 01570

and

Robert Hunt
18 Oxford Avenue
Dudley, MA 01571

and

David Silverman, Esq.
SILVERMAN & ESPOSITO
264 Main Street
P.O. Box 245
Oxford, MA 01540

JOHN M. BROWN

JMB.LOCAL 4.UNIVERSALL MECHANICAL, INC.
Withdrawal.11.30.04